IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-51090

---

MARIA DOLORES HANKS, Individually and on behalf of the
Estates of Dan Medina and Susie Medina; FELIX MEDINA,
Individually and on behalf of the Estates of Dan Medina and
Susie Medina; JESSE S MEDINA, Individually and on behalf of
the Estates of Dan Medina and Susie Medina; JUANITA VICTORIA
LUNA, Individually and on behalf of the Estates of Dan
Medina and Susie Medina; PHILLIP LOPEZ, Individually and on
behalf of the Estates of Dan Medina and Susie Medina; TONY H
LOPEZ, individually and on behalf of the Estates of Dan
Medina and Susie Medina

                                         Plaintiffs-Appellants

                          versus

CITY OF SAN ANTONIO; GALINDO M VILLANUEVA, JR
                                         Defendants-Appellees

---

Appeal from the United States District Court
for the Western District of Texas
(SA-96-CV-987)

---

December 7, 1998

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    This case is controlled by County of Sacramento v. Lewis, 118

S.Ct. 1708 (1997).  We AFFIRM the grant of summary judgment.

---

    [*] Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.